IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TEVA PHARMACEUTICAL INDUSTRIES, LTD., et al., | CIVIL ACTION |
| Plaintiffs, | |
| v. | No. 16-4870 |
| UNITEDHEALTHCARE SERVICES, INC., | |
| Defendant. | |

## ORDER

**AND NOW**, this 20th day of April, 2018, upon consideration of the Motion by Plaintiffs Teva Pharmaceutical Industries, Ltd., et al. for Partial Summary Judgment (Doc. No. 136), the Response of Defendant United Healthcare Services, Inc. (Doc. No. 142), and Plaintiffs' Reply Brief (Doc. No. 148), it is hereby **ORDERED** that the Motion is **GRANTED** and that the December 7, 2015 Memorandum of Understanding, by its plain language, is a binding, enforceable, and unambiguous contract.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG,      J.**