# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TEVA PHARMACEUTICAL INDUSTRIES, LTD., et al.,** | : | CIVIL ACTION |
| Plaintiffs, | : | |
| v. | : | No. 16-4870 |
| **UNITEDHEALTHCARE SERVICES, INC.,** | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 18th day of September, 2018, following a bench trial, and upon consideration of Plaintiffs' Proposed Findings of Fact and Post-Trial Brief (Doc. Nos. 202, 203), Defendant's Proposed Findings of Fact and Post-Trial Brief (Doc. No. 204, 205), Plaintiffs' Reply Brief (Doc. No. 207), and Defendant's Reply Brief (Doc. No. 206), it is hereby **ORDERED** that **JUDGMENT IS ENTERED** in favor of Plaintiffs and against Defendant. Defendant is bound by the terms and conditions of the Memorandum of Understanding as set forth in the accompanying Memorandum Opinion.

The Clerk shall mark this case **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG,      J.**